```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
MARILYN CRUZ,                    :
                                 :
              Plaintiff,         :
                                 :
         - v. -                  :
                                 :          ORDER
MICHAEL J. ASTRUE,               :       05 Civ. 4825 (CLB)
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09

WHEREAS, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on October 24, 2005, and

WHEREAS, on March 22, 2007, the Commissioner issued a favorable decision on plaintiff's application for benefits;

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party. The Clerk is directed to enter judgment.

Dated: New York, New York

   September 9, 2009

   _____
         United States District Judge